## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOSEPH TREJO, on behalf of himself,
all others similarly situated, and the
general public,

              Plaintiff(s),

        v.

SIMMONS BEDDING COMPANY,
LLC, a Delaware limited Liability
Corporation; and DOES 1-50 inclusive,

              Defendant(s).

_____/

CASE NO. 15-CV-02058-HSG

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐     Non-binding Arbitration (ADR L.R. 4)
☐     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒     Private ADR *(please identify process and provider)*  Mediation with Jeffrey A. Ross, Oakland, CA

The parties agree to hold the ADR session by:
☐     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☒     other requested deadline:  March 2016

Dated: July 31, 2015                         /s/ Shaun Setareh
                                          Attorney for Plaintiff

Dated: July 31, 2015                         /s/ Ellen Connelly Cohen
                                          Attorney for Defendant

The filer attests that concurrence in the filing of this document has been obtained from the other signatory.

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

    ☒       The parties' stipulation is adopted and IT IS SO ORDERED.

    ☐       The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   7/31/2015

UNITED STATES DISTRICT JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11