1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH TREJO, on behalf of himself, all others similarly situated, and the general public,<br><br>        Plaintiff,<br><br>    vs.<br><br>SIMMONS BEDDING COMPANY, LLC, a Delaware limited liability corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 15-CV-02058-HSG<br><br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO SUSPEND SCHEDULING ORDER PENDING CONFIRMED MEDIATION AND SET POST-MEDIATION CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: March 23, 2015 |

335816

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Joint Stipulation between counsel for Plaintiff JOSEPH TREJO ("Plaintiff") and Defendant SIMMONS BEDDING COMPANY, LLC ("Defendant") to suspend the trial schedule adopted at the August 11, 2015 Case Management Conference pending a confirmed mediation with Steven Rottman, and to set a post-mediation Case Management Conference, and good cause appearing therefore, this Court hereby ORDERS:

1. The Parties shall mediate this case with Steven Rottman on March 8, 2016;

2. The schedule adopted at the August 11, 2015 Initial Case Management Conference is suspended pending the outcome of mediation;

3. The Parties shall file a Joint Case Management Statement on or by Tuesday, March 15, 2016, advising the Court of the outcome of mediation and proposing a new briefing schedule for class certification and any other affected dates; and

4. The Court shall hold a Case Management Conference on Tuesday, March 22, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   November 17 , 2015        By: _____
                                   HONORABLE HAYWOOD S.
                                   GILLIAM, JR.

335816