UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TREJO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SIMMONS BEDDING COMPANY, LLC,<br><br>　　　　　Defendant. | Case No. 15-cv-02058-HSG<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 31 |

　　　　Having considered the Joint Stipulation between Plaintiff Joseph Trejo and Defendant Simmons Bedding Company, LLC to withdraw the Court's Conditional Order of Dismissal, and good cause appearing therefor, this Court hereby WITHDRAWS the Conditional Order of Dismissal entered on March 15, 2016, Dkt. No. 30.

　　　　The action is reinstated for the purpose of holding proceedings regarding judicial approval of the settlement of this class action. The parties are directed to meet and confer and file a joint proposed schedule for the filing of preliminary approval papers within 10 days of the date of this order.

　　　　**IT IS SO ORDERED.**

Dated: April 13, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge