1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TREJO, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>SIMMONS BEDDING COMPANY, LLC, a Delaware limited liability corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 15-CV-02058-HSG<br><br>**ORDER RE: SCHEDULE FOR FILING PRELIMINARY SETTLEMENT APPROVAL PAPERS**<br><br>Action Filed: March 23, 2015 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

348557

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Joint Stipulation between counsel for Plaintiff JOSEPH TREJO ("Plaintiff") and Defendant THE SIMMONS MANUFACTURING CO., LLC ("Defendant"), and good cause appearing therefore, this Court hereby ORDERS the following schedule for preliminary approval of the parties' settlement papers:

| | |
|---|---|
| Plaintiff to file Motion for Preliminary Approval | May 19, 2016 |
| Defendant to file Opposition (if any) | June 2, 2016 |
| Plaintiff to file Reply (if any) | June 9, 2016 |
| Hearing on Motion for Preliminary Approval | June 23, 2016 |

IT IS SO ORDERED.

Dated:  April 25, 2016                           By: *[signature: Haywood S. Gilliam Jr.]*
                                                              HONORABLE HAYWOOD S. GILLIAM, JR.

348557

[PROPOSED] ORDER RE: SCHEDULE FOR FILING PRELIMINARY SETTLEMENT APPROVAL PAPERS