# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TREJO, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE SIMMONS MANUFACTURING CO., LLC, a Delaware limited liability corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 15-CV-02058-HSG<br><br>[PROPOSED] ORDER RE: DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>Action Filed: March 23, 2015 |

348486

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Joint Stipulation between counsel for Plaintiff JOSEPH TREJO ("Plaintiff") and Defendant THE SIMMONS MANUFACTURING CO., LLC, and good cause appearing therefore, this Court hereby ORDERS that the Answer to Plaintiff's Class Action Complaint ("Answer") previously filed by former defendant Defendant Simmons Bedding Company, LLC (*see* Dkt. No. 1, Exh. G), shall be deemed the Answer of substituted defendant The Simmons Manufacturing Co., LLC to Plaintiff's Second Amended Complaint, notwithstanding any references therein to "Simmons Bedding Company, LLC." All references in the Answer to "Defendant" and/or "Simmons Bedding Company, LLC" shall be deemed to mean and refer to substituted defendant The Simmons Manufacturing Co., LLC.

IT IS SO ORDERED.

Dated: _____April 27, 2016       By: _/s/ Haywood S. Gilliam Jr._
                                          HONORABLE HAYWOOD S. GILLIAM, JR.