1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH TREJO, on behalf of himself, all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br>vs.<br><br>SIMMONS BEDDING COMPANY, LLC, a Delaware limited liability corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 15-CV-02058-HSG<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY TO CASE MANAGEMETN CONFERENCE ON MAY 24, 2016** |
|---|---|

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered Plaintiff JOSEPH TREJO'S ("Plaintiff") Counsel's request to appear telephonically to the Case Management Conference scheduled for May 24, 2016 at 2:00 p.m., and a good cause appearing therefore, this Court hereby GRANTS Plaintiff's Counsel permission to telephonically via CourtCall. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated:  May 20, 2016                    By: *Haywood S. Gill Jr.*
                                        HONORABLE HAYWOOD S. GILLIAM, JR.