1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH TREJO, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>THE SIMMONS MANUFACTURING CO., LLC, a Delaware limited liability corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 15-CV-02058-HSG<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**[Local Rule 7-11]** |
|---|---|

349888

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having considered Defendant's Motion to Appear Telephonically at further case management conference schedule to take place on May 24, 2016, and showing good cause therefor, hereby grants the Motion.

Defendant's counsel will be permitted to appear telephonically at the May 24, 2016 further case management conference.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated:  May 20, 2016            By: _____
                                      HONORABLE HAYWOOD S. GILLIAM, JR.

349888

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY