1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TREJO, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE SIMMONS MANUFACTURING CO., LLC, a Delaware limited liability corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: 15-CV-02058-HSG<br><br>**ORDER EXTENDING TIME TO FILE STIPULATION TO REMAND**<br><br>Action Filed: March 23, 2015 |

349713

[PROPOSED] ORDER EXTENDING TIME TO FILE STIPULATION TO REMAND

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Joint Stipulation between counsel for Plaintiff JOSEPH TREJO ("Plaintiff") and Defendant THE SIMMONS MANUFACTURING CO., LLC ("Defendant"), and good cause appearing therefore, this Court hereby ORDERS that the parties shall file their stipulation to remand this action to state court on or by June 24, 2016.

IT IS SO ORDERED.

Dated:  June 10, 2016                    By: _____
                                              HONORABLE HAYWOOD S. GILLIAM, JR.

[PROPOSED] ORDER EXTENDING TIME TO FILE STIPULATION TO REMAND