UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TREJO, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>THE SIMMONS MANUFACTURING CO., LLC, a Delaware limited liability corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 15-CV-02058-HSG<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>Action Filed: March 23, 2015 |

348557

[PROPOSED] ORDER RE: REMAND TO STATE COURT

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Joint Stipulation between counsel for Plaintiff JOSEPH TREJO ("Plaintiff") and Defendant THE SIMMONS MANUFACTURING CO., LLC ("Defendant"), and good cause appearing therefore, this Court hereby ORDERS that this case be remanded to the Superior Court for the State of California, County of Alameda.

IT IS SO ORDERED.

Dated:  July 22, 2016                         By: _____
                                                  HONORABLE HAYWOOD S. GILLIAM, JR.